1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff Wade B. James
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**

9

10

11 | WADE B. JAMES,                                ) Case No.: CV 10-4229 SI
                                                  )
12 |         Plaintiff,                            ) [PROPOSED] ORDER OF
                                                  ) DISMISSAL
13 |     vs.                                       )
                                                  )
14 | MICHAEL J. ASTRUE,                            )
     Commissioner of Social Security,              )
15 |                                               )
             Defendant.                            )
16 |                                               )
   _____)
17

18      Pursuant to the stipulation of the parties, the above captioned matter is

19 dismissed with prejudice, each party to bear its own fees, costs, and expenses.

20      IT IS SO ORDERED.

21
                                          [signature: Susan Illston]
22 DATE: _____

23                                        THE HONORABLE SUSAN ILLSTON
                                          UNITED STATES M̶A̶G̶I̶S̶T̶R̶A̶TE JUDGE
24

25

26

-1-

1  DATE: January 12, 2011          Respectfully submitted,

2                                   LAW OFFICES OF LAWRENCE D. ROHLFING

3                                         /s/ *Steven G. Rosales*
                              BY:_____
4                                   Steven G. Rosales
                                    Attorney for plaintiff Wade B. James

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-